**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF LOUISIANA**
**LAKE CHARLES DIVISION**

| | |
|---|---|
| **MDMB INVESTMENTS LLC, DBA CHRISTIAN BOOK CENTER**<br>*Plaintiff* | **CIVIL ACTION NO.:**<br>**2:22-CV-00812-JDC-KK**<br><br>**JUDGE JAMES D. CAIN, JR.** |
| **VERSUS** | **MAG. JUDGE KATHLEEN KAY** |
| **STATE FARM FIRE AND CASUALTY COMPANY**<br>*Defendant* | |

## JOINT MOTION FOR JUDGMENT OF COMPLETE DISMISSAL WITH PREJUDICE

NOW INTO COURT come plaintiff, MDMB Investments, LLC dba Christian Book Center, through undersigned counsel and State Farm Fire and Casualty Company, through undersigned counsel, who respectfully submit that this matter has been fully compromised and Plaintiff wishes to dismiss all claims against all parties will full prejudice.

Respectfully submitted:

| | |
|---|---|
| **JONES & HILL, LLC** | **MARTIN MAYARD, L.L.C.** |
| *[signature]* | *[signature]* |
| CRAIG RAY HILL (#23780) | KATHERINE PAINE MARTIN (#24186) |
| 215 West 6th Ave. | GRETCHEN HEIDER MAYARD (#18945) |
| Post Office Box 1260 | 200 Beaullieu Dr., Bldg. 3A |
| Oberlin, Louisiana 70655 | Post Office Box 81338 |
| Telephone: (337) 639-2127 | Lafayette, Louisiana 70598-1338 |
| Fax: (337) 639-2134 | Telephone: (337) 291-2440 |
| Email: chill@joneshilllaw.com | Facsimile: (337) 291-2441 |
| **ATTORNEY FOR PLAINTIFF,** | Email: katie@martinmayard.com |
| **MDMB INVESTMENTS, LLC dba CHRISTIAN BOOK CENTER** | **ATTORNEYS FOR STATE FARM FIRE AND CASUALTY COMPANY** |